Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.   CV03-3381-SVW(SHx)                                      Date: July 28, 2003

Title:  George Sims vs. Pacific Harbor Line, Inc.

---

PRESENT:  THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Paul M. Cruz              N/A                              N/A

Deputy Clerk              Court Reporter / Recorder        Tape No.

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Martin E. Jackson                            Richard Harrington


PROCEEDINGS:   NEW CASE STATUS CONFERENCE

  Status conference held. The Court sets the following dates:

  Pretrial Conference ....................................... November 3, 2003 at 3:30 p.m.
  Jury Trial ............................................. November 18, 2003 at 9:00 a.m.



ENTERED ON ICMS
AUG 4 2003
CV

Initials of Preparer ____

CV-90 (10/98)                         CIVIL MINUTES - GENERAL