UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No.   CV03-3381-SVW(SHx)                                Date: November 3, 2003

Title: <u>George Sims vs. Pacific Harbor Line, Inc.</u>

========================================================================

PRESENT: THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Karen Pinn | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

Robert Kropp, Jr.                                              Wayne R. Sims
Martin E. Jackson

PROCEEDINGS:   PRETRIAL CONFERENCE

Conference held. The Court is advised on the status of the case, and hears argument on defendant's motions in limine.

ENTERED ON ICMS
NOV - 5 2003

Initials of Preparer

CV-90 (10/98)                              CIVIL MINUTES - GENERAL